BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br><br><br>VICTOR ALFONSO MADRIGAL-CARDENAS, et al.,<br><br><br><br>                    Defendants. | 1:11-cr-00358 AWI<br><br><br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

Defendants in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the January 23, 2012, hearing date and reset the matter for

1

1  February 13, 2012, at 1:30 p.m.[1]

2      2.  The parties stipulate that the continuance is
3  necessitated by the parties need to conduct further investigation,
4  continue plea negotiations and effectively communicate the
5  government's offers to defendants, who are housed at Lerdo.

6      3.  The parties stipulate that time is excludable under the
7  Speedy Trial Act and that the ends of justice served by granting
8  the requested continuance outweigh the best interests of the
9  public and the defendant in a speedy trial, in that the failure
10 to grant the continuance would deny the parties' sufficient
11 opportunity to conduct further investigation and/or resolve the
12 matter.

13 DATED: January 17, 2012                 Respectfully submitted,

14                                         BENJAMIN B. WAGNER
                                           United States Attorney
15
                                           By: /s/ Karen A. Escobar
16                                             KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
17
                                           /s/ Rachel Hill
18                                         RACHEL HILL
                                           Attorney for Defendant
19                                         Victor Alfonso Madrigal-
                                           Cardenas
20
                                           /s/ David Torres
21                                         DAVID TORRES
                                           Attorney for Defendant
22                                         Jerman Madrigal

23                                         /s/ Roger Litman
                                           ROGER LITMAN
24                                         Attorney for Defendant
                                           Aurelio Anaya-
25                                         Sanchez

26

27 ─────────────

28    [1]This is the earliest available date and time for all
   parties.

2

```
                                    /s/ Peter Jones
                                    PETER JONES
                                    Attorney for Defendant
                                    Javier Aranda-
                                    Barrajas

                                    /s/ John Garland
                                    JOHN GARLAND
                                    Attorney for Defendant
                                    Ivan Carrillo

                                    /s/ E. Marshall Hodgkins
                                    E. MARSHALL HODGKINS
                                    Attorney for Defendant
                                    Carlos Mendez-Sosa

                                    /s/ Katherine Hart
                                    KATHERINE HART
                                    Attorney for Defendant
                                    Antonio Morales

                                    /s/ Carl Faller
                                    CARL FALLER
                                    Attorney for Defendant
                                    Juan Luis Quintero-
                                    Pimentel

                                    /s/ Patience Milrod
                                    PATIENCE MILROD
                                    Attorney for Defendant
                                    Juan Luis Quintero-
                                    Pimentel
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of January 23, 2012, is hereby vacated and is reset for February 13, 2012, at 1:30 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the

3

1 | matter.
2 | IT IS SO ORDERED.
3 |
4 | Dated:      January 18, 2012
                              CHIEF UNITED STATES DISTRICT JUDGE