```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI/DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: |
| v. | ) | CONTINUANCE AND |
| | ) | ORDER |
| VICTOR ALFONSO MADRIGAL-CARDENAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Defendants, with the exception of Defendants IVAN CARRILLO and AURELIO ANAYA SANCHEZ who has pled guilty, in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1. The parties to the above-captioned matter agree to vacate

1

1 the March 12, 2012, hearing date and reset the matter for May 14,
2 2012, at 1:00 p.m.
3     2.  The parties stipulate that the continuance is
4 necessitated by the parties need to conduct further investigation,
5 continue plea negotiations and effectively communicate the
6 government's offers to defendants, who are housed at Lerdo.
7     3.  The parties stipulate that time is excludable under the
8 Speedy Trial Act and that the ends of justice served by granting
9 the requested continuance outweigh the best interests of the
10 public and the defendant in a speedy trial, in that the failure
11 to grant the continuance would deny the parties' sufficient
12 opportunity to conduct further investigation and/or resolve the
13 matter.

DATED: February 29, 2012            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

                                    /s/ Rachel Hill
                                    RACHEL HILL
                                    Attorney for Defendant
                                    Victor Alfonso Madrigal-
                                    Cardenas

                                    /s/ David Torres
                                    DAVID TORRES
                                    Attorney for Defendant
                                    Jerman Madrigal

                                    /s/ Peter Jones
                                    PETER JONES
                                    Attorney for Defendant
                                    Javier Aranda-
                                    Barrajas

2

/s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Attorney for Defendant
Carlos Mendez-Sosa

/s/ Katherine Hart
KATHERINE HART
Attorney for Defendant
Antonio Morales

/s/ Carl Faller
CARL FALLER
Attorney for Defendant
Juan Luis Quintero-
Pimentel

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Defendant
Juan Luis Quintero-
Pimentel

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby vacated and is reset for May 14, 2012, at 1:00 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

Dated: **March 7, 2012**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

3