```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00358 AWI/DLB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND |
| ) | ORDER |
| VICTOR ALFONSO MADRIGAL-CARDENAS ) and JERMAN MADRIGAL, ) | |
| ) | |
| Defendant. ) | |

Defendants VICTOR ALFONSO MADRIGAL-CARDENAS and JERMAN MADRIGAL, in the above-captioned matter, by and through his attorney, and the United States of America, by and through their attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the May 14, 2012, hearing date and reset the matter for June 25,

1

1 | 2012, at 1:00 p.m.

2 |     2.  The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation and continue plea negotiations.

5 |     3.  The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: May 10, 2012                   Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                          /s/ Carol Moses
                                          CAROL MOSES
                                          Attorney for Defendant
                                          Victor Alfonso Madrigal-
                                          Cardenas

                                          /s/ David Torres
                                          DAVID TORRES
                                          Attorney for Defendant
                                          Jerman Madrigal

## O R D E R

    Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby vacated and is reset for June 25, 2012, at 1:00 p.m.

    IT IS FURTHER ORDERED THAT time shall be excluded under the

2

Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   May 10, 2012**            /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

3