BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br>VICTOR ALFONSO MADRIGAL CARDENAS,<br><br>    Defendant. | CASE NO. 1:11CR 358 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

    The parties hereto, by and through their respective counsel, stipulate and agree that the sentencing in this matter, currently calendared for June 17, 2013 at 10:00 a.m., be continued to July 8, 2013 at 10:00 a.m.

    The continuance is needed due to the passing of the mother of the assigned prosecutor.

    The parties stipulate and agree that any delay resulting from this continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

                                     Respectfully submitted,

Dated: June 13, 2013                  BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Karen A. Escobar

*STIPULATION AND ORDER TO CONTINUE SENTENCING*      1

1
2  Dated: June 13, 2013
3
4
5
6
7  IT IS SO ORDERED.
8  Dated:   June 13, 2013
9

        KAREN A. ESCOBAR
        Assistant United States Attorney

        /s/ Joel Montanez Murillo
        JOEL MONTANEZ MURILLO
        Attorney for Defendant
        Victor Alfonso Madrigal Cardenas

        SENIOR  DISTRICT  JUDGE

*STIPULATION AND ORDER TO*
*CONTINUE SENTENCING*

2